IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DAVID LIPSON, a Nevada resident, and BONE RATTLER, LLC, a Wyoming limited liability company, | CV 19–36–M–DWM |
| Plaintiffs and Counter-Defendants, | ORDER |
| vs. | |
| GROVER + COMPANY, LLC d/b/a MONTANA CREATIVE ARCHITECTURE AND DESIGN, a Montana limited liability company, and SCOTT ELDEN, individually, | |
| Defendants, Counterclaimants, and Third-Party Plaintiffs, | |
| vs. | |
| NADINE LIPSON, QZM, INC., a Nevada corporation, and PAWS UP RANCH, LLC d/b/a RESORT AT PAWS UP, | |
| Third-Party Defendants. | |

The parties are familiar with the facts underlying the dispute in this case, so

they need not be repeated here.  On April 11, 2019, Plaintiffs/Counter-Defendants

David Lipson and Bone Rattler, LLC (collectively "Lipson") moved to dismiss the

abuse of process claim (Count Five) of the First Amended Counterclaim and

Third-Party Complaint.  (Doc. 11.)  Defendants/Counterclaimants Grover +

Company, LLC, doing business as Montana Creative Architecture and Design, and

Scott Elden (collectively "Montana Creative") failed to respond by the May 2,

2019 deadline.  *See* L.R. 7.1(d)(1)(B)(i).

To survive a motion to dismiss under Federal Rule of Civil Procedure

12(b)(6), a claim "must contain sufficient factual matter, accepted as true, to 'state

a claim to relief that is plausible on its face.'"  *Ashcroft v. Iqbal*, 556 U.S. 662, 678

(2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)).  The

elements of an abuse of process claim are "(1) an ulterior purpose and (2) a willful

act in the use of the process not proper in the regular conduct of the proceeding."

*Brault v. Smith*, 679 P.2d 236, 240 (Mont. 1984).  The First Amended

Counterclaim and Third-Party Complaint (Doc. 7) does not allege facts to support

either of these elements.  Accordingly,

IT IS ORDERED that Lipson's motion to dismiss (Doc. 11) is GRANTED.

Count 5 of the First Amended Counterclaim and Third-Party Complaint (Doc. 7) is

DISMISSED.

DATED this 17th day of May, 2019.

Donald W. Molloy, District Judge
United States District Court