IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

JAN 0 2 2020

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| DAVID LIPSON, a Nevada resident, and BONE RATTLER, LLC, a Wyoming limited liability company,<br><br>     Plaintiffs and<br>     Counter-Defendants,<br><br>  vs.<br><br>GROVER + COMPANY, LLC d/b/a MONTANA CREATIVE ARCHITECTURE AND DESIGN, a Montana limited liability company, and SCOTT ELDEN, individually,<br><br>     Defendants, Counterclaimants, and Third-Party Plaintiffs,<br><br>  vs.<br><br>NADINE LIPSON, QZM, INC., a Nevada corporation, and PAWS UP RANCH, LLC d/b/a RESORT AT PAWS UP,<br><br>     Third-Party Defendants. | CV 19–36–M–DWM<br><br><br>ORDER |

The parties having filed a stipulated motion to vacate the schedule in this

case due to the October 11, 2019 death of Plaintiff David Lipson and good cause

appearing,

IT IS ORDERED that the motion (Doc. 23) is GRANTED. All deadlines

are VACATED. The jury trial set for June 1, 2020, is VACATED.

IT IS FURTHER ORDERED that this case is STAYED pending the

appointment of a personal representative for David Lipson. Within sixty days of

the date of this Order, Plaintiffs shall file a notice advising the Court of the

appointment. Alternatively, Plaintiffs shall file a status report advising why the

appointment has not yet occurred and when it is anticipated to occur. The parties

shall be free to conduct discovery in the interim.

DATED this 2nd day of January, 2020.

Donald W. Molloy, District Judge
United States District Court