IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NADINE LIPSON, as Personal Representative of the Estate of David Lipson, and BONE RATTLER, LLC, a Wyoming limited liability company,<br><br>Plaintiffs and Counter-Defendants,<br><br>vs.<br><br>GROVER + COMPANY, LLC d/b/a MONTANA CREATIVE ARCHITECTURE AND DESIGN, a Montana limited liability company, and SCOTT ELDEN, individually,<br><br>Defendants, Counterclaimants, and Third-Party Plaintiffs,<br><br>vs.<br><br>NADINE LIPSON, QZM, INC., a Nevada corporation, and PAWS UP RANCH, LLC d/b/a RESORT AT PAWS UP,<br><br>Third-Party Defendants. | CV 19–36–M–DWM<br><br>ORDER |

Plaintiffs and Counter-Defendants having moved unopposed to substitute Nadine Lipson, as Personal Representative of the Estate of David Lipson, as the party in interest in place of David Lipson,

1

IT IS ORDERED that the motion (Doc. 33) is GRANTED. The caption is updated accordingly, as reflected above.

DATED this 7th day of May, 2020.

_____
Donald W. Molloy, District Judge
United States District Court